# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

141779 & (60)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                          SC: 141779
                                          COA: 290747
                                          Lenawee CC: 07-013418-FH

PAUL ALLISON CORRIN, SR.,
      Defendant-Appellee.

_____/

        On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 27, 2010 judgment of the Court of Appeals is considered, and it appearing to this Court that the case of *People v David Ray Smith* (Docket No. 140371) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

Clerk